FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 23 2004

JAMES W. McCORMACK, CLERK
By:___________
DEP CLERK

| | |
|---|---|
| a living, breathing, sentient Gentleman known by the appellation: David Ray Williams © 1969 **Common Law Copyright, All Rights Reserved & All World Rights Reserved** | a living, breathing, sentient Gentlewoman known by the appellation: Nina Sue Williams © 1971 **Common Law Copyright, All Rights Reserved & All World Rights Reserved** |
| Posting Location:<br>Known as: 98 El Dorado Drive<br>Near said town of Little Rock,<br>Arkansas state, [72212] without recourse with **All Rights Reserved & All World Rights Reserved** | Posting Location:<br>Known as: 98 El Dorado Drive<br>Near said town of Little Rock,<br>Arkansas state, [72212] without recourse with **All Rights Reserved & All World Rights Reserved** |

**IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS, WESTERN DIVISION**

| | |
|---|---|
| **DAVID RAY WILLIAMS©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved** .,<br>**NINA SUE WILLIAMS©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved** ., *præ-nomen cogmen*<br><br>**PLAINTIFFS,**<br>**by Special Visitation**<br><br>**Vs.**<br><br>**INTERNAL REVENUE SERVICE, ROBERT Y. BROWN, DAVID HAYES, JOHNNY SMITH, AND ALL JOHN DOE'S UNNAMED ALONG WITH OTHER NAMED PARTICIPANT'S, and U.S. DISTRICT COURT MAGISTRATE JUDGE JOHN F. FORSTER, Jr., et al, and U.S. DISTRICT COURT CLERK JAMES W. McCORMACK, et al,**<br>**DEFENDANTS**<br>**INDIVIDUALLY, JOINTLY and SEVERALLY** | 4-04-CV-594SWW<br><br>**COMPLAINT FOR DAMAGES**<br>**TRIAL BY JURY DEMANDED**<br><br>This case assigned to District Judge Wright<br>and to Magistrate Judge Young |

**COMPLAINT FOR DAMAGES**
**TRIAL BY JURY DEMANDED**

COMES NOW the living, breathing, sentient man and woman known by the appellation "David Ray; Williams©1969 and Nina Sue; Williams©1971", Plaintiff's, by right demands, by consequence of Defendant's, this cause of action by special delivery, which is the direct consequence by which special visitation is specially delivered, who is unschooled in law and moves this court to take Notice of the enunciation of principles as

stated in *Haines v. Kerner*, 404 U.S. 519, wherein that court has directed that those who are unschooled in law making "complaints" shall have the court look to the substance of the "complaints" rather than the form.

**PLEASE TAKE NOTICE** that a living, breathing, sentient Gentleman known by a appellation David Ray; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved, and a living, breathing, sentient Gentlewoman known by a appellation Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved., Sui Juris, Plaintiff's hereinafter Williams', requests that the Respondent's, in the above reference matter respond to the charges listed below to:

**Posting Location:** DAVID RAY WILLIAMS©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved., and NINA SUE WILLIAMS©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved., **Known as:** 98 El Dorado Drive, **Near said town of** Little Rock , Arkansas state, 72212.

**Plaintiffs complaint of Defendants as follows:**

**JURISDICTION AND VENUE**

1. This action is brought pursuant to the provisions of the Fair Debt Collection Practices Act, Title 15 U.S.C. § 1692 for the Defendants use of unfair and deceptive trade practices as described in Title 15 U.S.C. § 1692f.

2. Jurisdiction is conferred upon this Court by Title 28 U.S.C.A., Section 1331. By this complaint, Plaintiffs petition for redress of grievances, pursuant to the First Article in Amendment to the Constitution of the United States of America.

3. Venue is proper in this district pursuant to Title 28 U.S.C.A., Section 1391 (c), and Title 15 U.S.C.A., Section 1692k (d), in that the Plaintiffs and Defendants named herein reside in the same state, and the claims alleged herein arose within the venue of this Honorable Court. Defendants are doing business in the venue of this Honorable Court and all of the causes of action arose in the venue of this Honorable Court.

**THE PARTIES**

**THE PLAINTIFFS**

Paragraphs 1 through 3 are incorporated and realleged;

4. Plaintiffs bring this action as non-attorneys and claims damages as a direct and proximate result of the acts, actions, and omissions committed by the Defendants as alleged herein. Plaintiffs have personal, first hand knowledge of Defendants' acts, actions, and omissions.

5. Plaintiffs, David Ray; Williams©1969 and Nina Sue; Williams©1971, hereinafter "Plaintiffs", are inhabitants of Pulaski County, Arkansas, and can be contacted at c/o 98 El Dorado Drive, Little Rock, Arkansas 72212. Plaintiffs bring this action in our capacity as private parties.

**THE DEFENDANTS**

Paragraphs 1 through 5 are incorporated and realleged;

6. Defendant Internal Revenue Service, hereinafter "DEFENDANT'S", an organization operating in the venue of Arkansas, can be contacted at 700 West Capitol Avenue, Little Rock, Arkansas 72203. The organization is being sued as a juridical person "debt collector".

7. Defendant Robert Y. Brown, David Hayes, Johnny Smith, and all unnamed parties along with other named participants, are persons doing business individually and as representatives, agents, etc. of the Internal Revenue Service, and who can be contacted at 700 West Capitol Avenue, Little Rock, Arkansas [72203] without recourse, and U.S. District Court Magistrate Judge John F. Forster, Jr., et al, and U.S. District Court Clerk James W. McCormack, et al, with their business addresses listed at 600 West Capitol Avenue, Little Rock, Arkansas, [72201] without recourse, doing business in the state of Arkansas, hereinafter referred to as "DEFENDANT'S" are being sued as private persons "debt collector".

# AFFIDAVIT

**of a living, breathing, flesh-and-blood Gentleman known by a appellation David Ray Williams©1969 All Rights Reserved and All world Rights Reserved., and of a living, breathing, flesh-and-blood GentleWoman known by a appellation Nina Sue Williams©1971 All Rights Reserved and All world Rights Reserved, by Special Visitation**

***State of ARKANSAS*** :
***County of PULASKI*** : <u>ss</u>
:

**COMPLAINT FOR DAMAGES**
**TRIAL BY JURY DEMANDED**

**INTRODUCTION AND FIRST JURY TRIAL DEMAND**

Paragraphs 1 through 7 are incorporated and re-alleged;

8. "DEFENDANT'S", directed by an extensive staff of attorneys, and superior's (institutional participation) and their delegate's (of which today remain unnamed) perpetuating the violations by "DEFENDANT'S", but Plaintiffs insist, as notice was served by US Certified Mail to "DEFENDANT'S" that they "and any and all agents in his/her/their private capacities who take part take …" responsibility upon said participation, are engaged in consumer debt collection litigation, who regularly collect or attempt to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another. Title 15 U.S.C.A., Section 1692a(6).

9. All "DEFENDANT'S" are using false and misleading representations and are engaging in other various abusive and unfair practices, and using debt collection litigation to accomplish said abusive and unfair practices, Title 15 U.S.C.A., Section 1692c (1)(2)(A)(B)(4)(5)(6)(A)(B)(7)(8)(9)(10)(11)(13)(14), and unfair and unconscionable means to collect or attempt to collect any debt, Title 15 U.S.C.A., Section 1692f(1).

10. All "DEFENDANT'S" use of false and misleading representation are further violations of the Rules of Professional Conduct, Rule 3.1, knowing that "DEFENDANT'S"claims are frivolous and without merit, and further violation of Rule 8.4 (a)(b)(c), inducing others to violate the Rules and committing criminal acts or allowing criminal acts that adversely reflect honestly, trustworthy, or fitness, and engaging in conduct involving dishonesty, fraud, deceit, and misrepresentation.

11. All "DEFENDANT'S" knew or should have known, that Plaintiffs had no duty or obligation to "DEFENDANT'S", as to any debt, alleged or otherwise, and any fees or other payment to the "DEFENDANT'S".

12. All "DEFENDANT'S", having prior knowledge, evidence, and facts, willingly chose to ignore a fiduciary duty and responsibility owed to Plaintiffs, neglecting to

prove or validate any contract or agreement between "DEFENDANT'S", and Plaintiffs, all contrary to Title 15 U.S.C.A., Section 1692f(1).

13. All "DEFENDANT'S", having, or having no excuse, prior knowledge, evidence, and facts of a disputed debt, further chose to ignore a fiduciary duty and responsibility owed to Plaintiffs, to cease collection of any alleged debt, knowing that all "DEFENDANT'S" were required to cease the collection of any alleged debt pursuant to Title 15 U.S.C.A., Section 1692g(b).

**STATEMENT OF FACTS**

Paragraphs 1 through 13 are incorporated and re-alleged;

14. March 7, 2002, Plaintiffs received the "Examination Report" adjusting the tax due for their year ending December 31, 1996 from "DEFENDANT'S", by Loretta Mills, alleging a debt as to Plaintiffs. Attached hereto and incorporated herein by reference as if fully reproduced is the Report as **Exhibit A**.

15. "DEFENDANT'S", by Loretta Mills did not follow the law by stating in their March 7, 2002 Notice, that if Plaintiffs **disputed** any debt, "DEFENDANT'S" **"would obtain written verification of the debt and mail it to you"**.

16. December 23, 2002, Plaintiffs received a "Notice of Intent to Levy" Notice Number CP 504 for the year ending December 31, 1995 from "DEFENDANT'S", alleging a debt as to Plaintiffs. Attached hereto and incorporated herein by reference as if fully reproduced is the Notice as **Exhibit B.**

17. "DEFENDANT'S", did not follow the law by stating in their December 23, 2002 Notice, that if Plaintiffs **disputed** any debt, "DEFENDANT'S" **"would obtain written verification of the debt and mail it to you"**.

18. On April 3, 2002, in response to COUNT #15, Plaintiffs mailed a "Notice by Written Communication" to "DEFENDANT'S" requesting the Validation of the alleged debt under IRS No. 429986757 for the year ending December 31, 1996. Attached hereto and incorporated herein by reference as if fully reproduced is the Validation Request as **Exhibit C**.

19. On January 22, 2003, in response to COUNT #16, Plaintiffs mailed a "Notice by Written Communication" to "DEFENDANT'S", requesting the Validation of the alleged debt under IRS No. 429986757 for the year ending December 31, 1995. Attached hereto and incorporated herein by reference as if fully reproduced is the Validation Request as **Exhibit D**.

20. On May 10, 2004, Plaintiffs received another Notice "Notice of Levy" under IRS No. 429986757 from "DEFENDANT'S", failing to cease collection of the alleged debt, and **neglecting to validate any alleged debt**, contrary to Title 15 U.S.C.A., section 1692g(b).

21. On May 5, 2004, "DEFENDANT'S" sent many of Plaintiffs customers "Notice of Levy" against Plaintiffs demanding said customers must pay any amounts owed to Plaintiffs to "DEFENDANT'S" **Exhibit E**.

22. On May 13, 2004 Plaintiffs filed with "DEFENDANT'S" a "Taxpayers' Administrative Claim for IRS Violations under IRC 6304 "Fair Debt Collection Practices Act" Invoking IRC 7433 "Civil Cause of Action For Certain Unauthorized Collection Actions"" to officially establish "DEFENDANT'S" had willfully aborted essential administrative steps, and that the alleged debt "DEFENDANT'S" pressing attempts to collect, Plaintiffs conversely are lawfully and with proper procedure in good faith disputing **Exhibit F**.

23. On June 4, 2004, Plaintiffs mailed to "DEFENDANT'S", Hayes, Brown, and Smith a supplemental validation of debt notification insisting they, including any and all agents, abide by the Federal Law and cease all collection efforts until said validation occurs **Exhibit G**.

24. On June 9, 2004, "DEFENDANT'S" appeared at Plaintiff's office, who physically prohibited Plaintiff David Ray Williams from entering my premises; informed me they were proceeding to my residence to enter and take property and that I was prohibited from attending otherwise threatened me with arrest. Later I obtained a copy of an ORDER signed by Magistrate Judge, John F. Forster, Jr, "CASE NO. 04-M-2025 and 2026". for Entry on Premises to Effect Levy. **Exhibit H,** another Collection Action. Plaintiffs traveled to get Attorney representation and with Bankruptcy Petition in hand within an hour and a half from "DEFENDANT'S" appearance at Plaintiffs office, Plaintiffs arrived at the residence where "DEFENDANT'S", in mass of approx. thirty people, with bullet proof vest surrounding me, had unloaded the contents the residence onto a semi-truck, before stopping as per the Bankruptcy Petition. All property seized was taken anyway, not returned to its place. Defendant Robert Y. Brown when asked why he had violated the Federal Law, he said, "you mean that literature you have sent us?-We're not going to listened to or follow any of that."

25. "DEFENDANT'S", knew or should have known, being trained in this law, that said "DEFENDANT'S" were obligated to cease any debt collection until Plaintiffs received a validation, pursuant to Title 15 U.S.C.A., Section 1692g(b).

**INTRODUCTION TO CAUSES OF ACTION**

Paragraphs 1 through 25 are incorporated and re-alleged;

26. All "DEFENDANT'S" are using abusive, deceptive, debt collection practices being carried on in interstate commerce, directly affecting interstate commerce, and all "DEFENDANT'S" should have refrained from using abusive debt collection practices, Title 15 U.S.C.A., Section 1692(a)(d)(e).

27. "DEFENDANT'S", being, or directed by, attorneys engaged in consumer debt collection litigation, by way of a false claim, are making false and misleading representations and are engaged in various abusive and unfair practices, including but not limited to, Title 15 U.S.C.A., Section 1692e(1)(2)(A)(B)(4)(5)(6)(A)(B)(7)(8)(9)(10)(11)(13)(14) to wit:

**Section 1692(1)**"The false representation or implication that the debt collector "DEFENDANT'S" is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge, uniform, or facsimile thereof".

**Section 1692(2)(A)** "the false representation of the character, amount, or legal status of any debt; or **Section 1692(2)(B)** any services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt".

**Section 1692e(4)** " the representation or implication that non-payment of any debt (sanctions) will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person..."

**Section 1692e(5)** "the threat to take any action that cannot legally be taken...." (contrary to Arkansas Constitution and Rules of Professional Conduct).

**Section 1692e(6)(A)(B)** "The false representation or implication that a sale, referral, or other transfer of any interest in a debt shall cause the consumer to (A) loose any claim or defense to payment of the debt; or (B) become subject to any practice prohibited by this subchapter".

**Section 1692e(7)** "the false representation or implication that consumer committed any crime or other conduct in order to disgrace the consumer."

**Section 1692e(8)** "communicating or threatening to communicate to any person credit information (making public in the court, false credit information), which is known or should be known to be false..."

**Section 1692e(9)** "The use or distribution of any written communication which simulates or is falsely represented to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization, or approval".

**Section 1692e(10)** "the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer."

**Section 1692e(11)** "the failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in any subsequent communication that the communication is from a debt collector…"

**Section 1692e(13)** "The false representation or implication that documents are legal process".

**Section 1692e(14)** "The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization".

28. All "DEFENDANT'S", as debt collectors, used and are using unfair and unconscionable means to collect or attempt to collect any debt, alleged or otherwise, Title 15 U.S.C.A., Section 1692f(1) "the collection of any amount (including any interest, fees, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the (alleged) debt…."

29. "DEFENDANT'S", being trained in the law or directed by ones trained in the law, knew or should have known that "the term 'debt collector' in the Fair Debt Collection Practices Act, 91 Stat. 874, 15 U.S.C.§§ 1692-1692a(1988 Ed. And Supp. V) applies to a lawyer who 'regularly,' *through litigation* tries to collect consumer debts. The Court of Appeals for the Seventh Circuit held that it does. We agree with the Seventh Circuit and we affirm it's judgment......for these reasons, we agree with the Seventh Circuit that the Act applies to attorneys who 'regularly' engage in consumer debt collection activities even when that activity consists of litigation. Its judgment is therefore *Affirmed*". Heintz vs. Jenkins 514 U.S. 291.

30. "DEFENDANT'S", are acting as private debt collectors outside of the scope of said "DEFENDANT'S"official duties and outside the scope of said "DEFENDANT'S" oath of office, and therefore are not exempt from this suit under Section 1692a (6)(C).

31. "DEFENDANT'S", being trained in the law or directed by those trained in the law, knew or should have known, that the United States Bankruptcy Court for the Southern District of Florida, In re Pablo MARTINEZ 266 B.R. 523@535, clearly stated "Upon acting upon a Validation Notice by disputing the debt, **a consumer is under no obligation to respond to the complaint** until, at the earliest, the debt collector responds with the requested information. It mischaracterizes the law to suggest that it is satisfactory for a least sophisticated consumer to be **induced** to respond to a complaint within the time set forth in the summons, when, **as a matter**

**of law, that time is statutorily extended if there is a request for the validation of his debt**".

32. Plaintiffs were clearly induced by fraud by "DEFENDANT'S", to answer their complaint, therefore Judgment is null and void, not only for fraud in the inducement, but the record clearly is devoid of any Certified Proof of Claim of any agreement or contract between "DEFENDANT'S", and Plaintiffs, containing the signatures thereof.

**CAUSE OF ACTON**

Paragraphs 1 through 32 are incorporated and re-alleged;

**Cause of Action**: Fair Debt Collection Practices Act, Title 15 U.S.C.A., Section 1692

33. "DEFENDANT'S",'s false and misleading representation and unfair practices, are in violation of Title 15 U.S.C.A., Section1692e (1) (2) (A) (B) (4) (5) (6) (A) (B) (7) (8) (9) (10) (11) (13) (14), and in further violation of Title 15 U.S.C.A., Section 1692f (1), using an unfair or unconscionable means to collect or attempt to collect any debt.

34. "DEFENDANT'S"are using the false representation of the character, amount, or legal status of any debt, or any services rendered or compensation which may be

lawfully received by any debt collector for the collection of a debt, in violation of Title 15 U.S.C.A., Section 1692e (2) (A) (B).

35. “DEFENDANT’S”are using the false representation or implication that non-payment of any debt (sanctions) will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person… in violation of Title 15 U.S.C.A., Section 1692e (4).

36. “DEFENDANT’S”make false representations by threat to take any action that cannot legally be taken, or is not intended to be taken, in violation of Title 15 U.S.C.A., Section 1692e (5).

37. “DEFENDANT’S”, used the false representation or implication that a sale, referral, or other transfer of any interest in a debt shall cause the consumer to loose any claim or defense to payment of the debt; or become subject to any practice prohibited by this subchapter, Title 15 U.S.C.A., Section 1692e (6) (A) (B).

38. “DEFENDANT’S”made false representations or implications that the consumer committed any crime or other conduct in order to disgrace the consumer, in violation of Title 15 U.S.C.A., Section 1692e (7).

39. "DEFENDANT'S" are communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed, in violation of Title 15 U.S.C.A., Section 1692e (8).

40. "DEFENDANT'S", used or distributed written communication which simulates or is falsely represented to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization, or approval, Title 15 U.S.C.A., Section 1692e (9).

41. "DEFENDANT'S" use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer is in violation of Title 15 U.S.C.A., Section 1692e (10).

42. "DEFENDANT'S" failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in any subsequent communication that the communication is from a debt collector, is in violation of title 15 U.S.C.A., Section 1692e (11).

43. “DEFENDANT'S” by false representation or implication that documents are legal process, in violation of Title 15 U.S.C.A., Section 1692e (13).

44. “DEFENDANT'S”, the use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization, in violation of Title 15 U.S.C.A., Section 1692d (14).

45. “DEFENDANT'S” are using unfair and unconscionable means to collect or to attempt to collect any debt, neglecting to provide Plaintiffs with evidence of any agreement or contract creating the debt as to “DEFENDANT'S”, in violation of Title 15 U.S.C.A., Section 1692f (1).

46. As a direct and proximate result of “DEFENDANT'S” acts, actions, and omissions, both individually, jointly, and severally, Plaintiffs are being continually damaged.

47. In violation of Title 15 U.S.C.A., Sections 1692e, 1692f, All “DEFENDANT'S”, individually, jointly, and severally, acted to injure Plaintiffs in their business, property, and reputation, using false, deceptive or misleading representation or

means in connection with the collection of a debt, Section 1692e: for using unfair or unconscionable means to collect or attempt to collect a debt, Section 1692f.

**PRAYER FOR RELIEF**

Paragraphs 1 through 47 are incorporated and realleged:

Wherefore, the Plaintiffs prays for entry of judgment against the "DEFENDANT'S" individually, jointly, and severally for the following:

A. A declaration that the acts, actions, and omissions by all "DEFENDANT'S" were in willful and intentional violation of The Fair Debt Collection Practices Act, Title 15 U.S.C.A., Section 1692.

B. EMERGENCY INJUNCTION and RESTRAINING ORDER compelling "DEFENDANT'S" from any further action and to the return of all said properties illegally taken and a hearing to depose "DEFENDANT'S" as enumerated in attached MOTION.

C. Actual statutory damages to Plaintiffs of One Thousand Dollars ($1,000.00), Title 15 U.S.C.A., Section 1692k (a) (2) (A), and reasonable fees and costs of this action, Title 15 U.S.C.A., Section 1692k (a) (3).

D. For such other and further relief as the Court deems just and proper.

E. Plaintiff demands a trial by a jury herein and reserves the right to amend this complaint as needed.

Dated: June 17, 2004 A.D.

Signed: David Ray; Williams ©69, ARR
by the living, breathing man known by the appellation
"David Ray; Williams ©1969", Plaintiff
(501)565-1412 daytime

Dated: June 17, 2004 A.D.

Signed: Nina Sue Williams ©71 ARR
by the living, breathing woman known by the appellation
"Nina Sue; Williams ©1971", Plaintiff
(501)565-0799 daytime

## Verification and Certification

The Undersigned Affiant, a living, breathing Gentleman and Gentlewoman known by the appellation "David Ray; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved, " and "Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved.", do herewith swear, declare, and affirm that Affiant's executes this Affidavit with sincere intent, that Affiant's can competently state the matters set forth herein, that the contents are true, correct, complete, and certain, not misleading, and the truth, the whole truth, and nothing but the truth as per Affiant's best firsthand knowledge and understanding.

You, any woman or man intending to rebut this Affidavit of the living, breathing Gentleman and Gentlewoman known by the appellation "David Ray; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved, " and "Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved.", shall do so in the manner of this Affidavit, by signing your Affidavit using your Christian name or baptismal name or name given at birth, given in upper and lower case format, not all-capital-letters, hence being a fully liable breathing woman or man, responsible/liable for everything you say and do. You will mail your Affidavit to the Notary address below within five (5) days of your receipt hereof, or a judgment of "*non pros*" shall be obtained, including with a notice claim of triple damages.

Respectfully prepared and submitted by Complainant's

By: David Ray; Williams ©'69, ARR

"David Ray Sue; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved.", Sui Juris

By: Nina Sue Williams ©'71 ARR

"Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved.", Sui Juris

Posting Location:
Known as: 98 El Dorado Drive,
Near said town of Little Rock, Arkansas state, 72212

On this, the 17th day of June, 2004, before me, the undersigned personally appeared David Ray; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved., and Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved., known to me ( or satisfactorily proven ) to be the person who's name is subscribed to the within instrument, and acknowledged that she or he executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I HERE UNTO SET MY HAND AND OFFICIAL SEAL.

MY APPOINTMENT EXPIRES 5/2007.

[signature]
NOTARY PUBLIC

Date: 6/17th/2004

Address: 6101 Baseline Rd

City, State, Zip: LR, AR 72209

SEAL

a living, breathing, sentient Gentleman known by the appellation:
David Ray Williams © 1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved

a living, breathing, sentient Gentlewoman known by the appellation:
Nina Sue Williams © 1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved

Posting Location:
Known as: 98 El Dorado Drive
Near said town of Little Rock,
Arkansas state, [72212] without recourse with All Rights Reserved & All World Rights Reserved

**IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS, WESTERN DIVISION**

**DAVID RAY WILLIAMS©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved**
**NINA SUE WILLIAMS©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved**
., *præ-nomen cogmen*

**PLAINTIFFS,**
**by Special Visitation**

**Vs.**

**INTERNAL REVENUE SERVICE, ROBERT Y. BROWN, DAVID HAYES, JOHNNY SMITH, AND ALL JOHN DOE'S UNNAMED ALONG WITH OTHER NAMED PARTICIPANT'S, and U.S. DISTRICT COURT MAGISTRATE JUDGE JOHN F. FORSTER, Jr., et al, and U.S. DISTRICT COURT CLERK JAMES W. McCORMACK, et al,**
**DEFENDANTS**

**INDIVIDUALLY, JOINTLY and SEVERALLY**

**COMPLAINT FOR DAMAGES**

**TRIAL BY JURY DEMANDED**

## PROOF OF SERVICE

The undersigned certifies that true and correct copies of the Plaintiffs Williams' Complaint for Damages under the F.D.C.P.A.were mailed this ________day of June, 2004 A.D., and were served on the persons listed below via U.S.P.S. Certified Mail, addressed as follows:

1. Internal Revenue Service, c/o Chief, Special Procedures Function, Jeanette Moreland.
700 West Capitol Ave., Little Rock, Arkansas state
[72201] without recourse

2. Internal Revenue Service, c/o David Hayes, Robert Y. Brown, Johnny Smith, and all John DOE'S Unnamed along with other Named Participants.
700 West Capitol Ave., Stop 5225LIT, Little Rock, Arkansas state
[72201] without recourse

3. U.S. District Court, Magistrate Judge John F. Forster, Jr., et al.
600 West Capitol Ave., 5th Floor, Federal Courthouse, Little Rock, Arkansas state
[72201] without recourse

4. U.S. District Court Clerk, James W. McCormack, et al.
600 West Capitol Ave., 4th Floor, Federal Courthouse, Little Rock, Arkansas state
[72201] without recourse

By: David Ray; Williams ©'69 ARR
"David Ray; Williams ©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved.", Sui Juris

By: Nina Sue Williams ©'71 ARR
"Nina Sue; Williams ©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved.", Sui Juris

Posting Location:
Known as: 98 El Dorado Drive
Near said town of Little Rock, Arkansas state, 72212

## Verification and Certification

The Undersigned Affiant, a living, breathing Gentleman known by the appellation "David Ray; Williams ©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved.", does herewith swear, declare, and affirm that Affiant executes this Affidavit as witness and victim with sincere intent, that Affiant can competently state the matters set forth herein, that the contents are true, correct, complete, and certain, not misleading, and the truth, the whole truth, and nothing but the truth as per Affiant's best firsthand knowledge and understanding.

You, any woman or man intending to rebut this Affidavit of the living, breathing Gentleman known by the appellation "David Ray; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rihts Reserved.", by Special Visitation, shall do so in the manner of this Affidavit, by signing your Affidavit using your Christian name or baptismal name or name given at birth, given in upper and lower case format, not all-capital-letters, hence being a fully liable breathing woman or man, responsible/liable for everything you say and do. You will mail your Affidavit to the Notary address below within five (5) d







Dated: June 17, 2004 A.D.

I Am.

Signed by David Ray; Williams ©69, ARR

a living, breathing Gentleman known by the appellation

"David Ray; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved."

**Caveat**

**Any attempt to proceed is considered prima facie evidence of intentional and willful bad faith; a malicious and purposeful color of law acts under the presumption of law as Terrorists without consideration and no legal right of a foundation in law; contrary to clearly established law; and, further an action to deny the Affiant herein his unalienable Rights as protected by the United States Constitution and the constitution and constitutional laws of Arkansas.**

**Autograph Common Law Copyright© 1969 by the living, breathing Gentleman known by the appellation "David Ray; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved." All rights reserved. No part of this common-law copyright may be reproduced in any manner without prior, express, written permission by the living, breathing Gentleman known by the appellation "David Ray; Williams©1969 Common Law Copyright, All Rights Reserved." as signified by David Ray; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved." signature in red ink. Unauthorized use of David Ray; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved." incurs same unauthorized-use fees as those associated with "David Ray; Williams©1969 Common Law Copyright, All Rights Reserved & All World Rights Reserved.".**

Subscribed before me a Notary for the State of Arkansas, this 17th day of June, 2004 A.D.

Angela B Brown, **Notary Signature**

Name: Angela B Brown

Address: 6101 Baseline Rd

City, State, Zip: LR, AR 72209

SEAL

Commission expires: 5/2007

## Verification and Certification

The Undersigned Affiant, a living, breathing Gentlewoman known by the appellation "Nina Sue; Williams © 1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved.", does herewith swear, declare, and affirm that Affiant executes this Affidavit as witness and victim with sincere intent, that Affiant can competently state the matters set forth herein, that the contents are true, correct, complete, and certain, not misleading, and the truth, the whole truth, and nothing but the truth as per Affiant's best firsthand knowledge and understanding.

You, any woman or man intending to rebut this Affidavit of the living, breathing Gentlewoman known by the appellation "Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rihts Reserved.", by Special Visitation, shall do so in the manner of this Affidavit, by signing your Affidavit using your Christian name or baptismal name or name given at birth, given in upper and lower case format, not all-capital-letters, hence being a fully liable breathing woman or man, responsible/liable for everything you say and do. You will mail your Affidavit to the Notary address below within five (5) d

Left Thumb Print Private Property of a living, breathing Gentlewoman known by the appellation Nina Sue; Williams ©1971, All Rights Reserved & All World Rights Reserved.

Right Thumb Print Private Property of a living, breathing Gentlewoman known by the appellation Nina Sue; Williams ©1971, All Rights Reserved & All World Rights Reserved.

Dated: June 17, 2004 A.D.

I Am.

Signed by Nina Sue; Williams ©71

a living, breathing Gentlewoman known by the appellation

"Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved."

**Caveat**

**Any attempt to proceed is considered prima facie evidence of intentional and willful bad faith; a malicious and purposeful color of law acts under the presumption of law as Terrorists without consideration and no legal right of a foundation in law; contrary to clearly established law; and, further an action to deny the Affiant herein his unalienable Rights as protected by the United States Constitution and the constitution and constitutional laws of Arkansas.**

**Autograph Common Law Copyright© 1971 by the living, breathing Gentlewoman known by the appellation "Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved." All rights reserved. No part of this common-law copyright may be reproduced in any manner without prior, express, written permission by the living, breathing Gentlewoman known by the appellation "Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved." as signified by Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved." signature in red ink. Unauthorized use of Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved." incurs same unauthorized-use fees as those associated with "Nina Sue; Williams©1971 Common Law Copyright, All Rights Reserved & All World Rights Reserved.".**

Subscribed before me a Notary for the State of Arkansas, this 17th day of June, 2004 A.D.

Angela B Brown, **Notary Signature**

Name: Angela B Brown

Address: 6101 Baseline Rd

City, State, Zip: LR, AR 72209

SEAL

Commission expires: 5/2007

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

# *Exhibits Attached to Original Document in Courts's Case File*